IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TIMMY LEE BAXTER,<br><br>        Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:05CR625DAK<br><br>Judge Dale A. Kimball |

      Defendant Timmy Lee Baxter has filed a Motion for Early Termination of Supervised Release [Docket No. 162]. On June 27, 2006, this court sentenced Defendant to 110 months incarceration with the Bureau of Prisons, to run concurrent with a state sentence, and 60 months of supervised release. Defendant has completed half of his term of supervised release.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by his probation officer and the government does not oppose the motion.  Defendant has met all the conditions of his supervised release and been fully compliant.  Defendant's letter states that his time in prison gave him time to learn about the how his poor choices affected himself and those around him.  Defendant states that the RDAP program gave him the life skills to turn his circumstances around.  During his term of supervised release, Defendant has maintained steady employment and has submitted a letter of recommendation from his employer.  Defendant also has a stable relationship with one of his co-defendants, has purchased a home with her, and has re-established a positive relationship with his parents and children.  Defendant has a strong support system around him and he is consistently making choices for a successful life for himself and his family.  Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 3rd day of September, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge